Carlos Marie PALAFOX–
REYES, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 09–70924.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Feb. 13, 2012.

Filed March 16, 2012.

Dennis Paul Connelly, Law Office of Dennis Connelly, Santa Ana, CA, for Petitioner.

Carlos Marie Palafox–Reyes, San Diego, CA, pro se.

Dana Michelle Camilleri, OIL, Joanna L. Watson, Trial, Ernesto Horacio Molina, Jr., Esquire, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: PREGERSON, HAWKINS, and BEA, Circuit Judges.

MEMORANDUM *

Petitioner Carlos Marie Palafox–Reyes ("Palafox"), a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") decision affirming the Immigration Judge's order of removal. We have jurisdiction pursuant to 8 U.S.C. § 1252, and we deny Palafox's petition for review. We address his arguments in turn.

1. The documents submitted by the Department of Homeland Security during Palafox's removal proceedings established that: (1) Palafox was convicted of first-degree burglary, in violation of California Penal Code § 459, and (2) Palafox received a term of imprisonment of at least one year for his first-degree burglary conviction. Accordingly, the BIA did not err in

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

finding that Palafox was removable as an alien convicted of an aggravated felony "crime of violence" under 8 U.S.C. § 1101(a)(43)(F). *See Kwong v. Holder,* 671 F.3d 872, 880 (9th Cir.2011); *Lopez–Cardona v. Holder,* 662 F.3d 1110, 1112 (9th Cir.2011).[1]

2. Palafox argues that the term "alien" in the Immigration and Nationality Act does not apply to him because he considers himself to be a "national" of the United States. Palafox's argument is foreclosed by our precedents. *See Theagene v. Gonzales,* 411 F.3d 1107, 1112 (9th Cir.2005); *Reyes–Alcaraz v. Ashcroft,* 363 F.3d 937 (9th Cir.2004).

**PETITION DENIED.**

---

1. Because Palafox is removable as an alien convicted of an aggravated felony "crime of violence" under 8 U.S.C. § 1101(a)(43)(F), we decline to address the alternative grounds for removal relied upon by the BIA.